**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION**

| | |
|---|---|
| ANNETTE KEEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:18-cv-00037 |
| ) | |
| THE CINCINNATI INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL OF A CIVIL ACTION BY DEFENDANT, THE CINCINNATI INSURANCE COMPANY

The defendant, The Cincinnati Insurance Company ("hereinafter referred to as "Cincinnati"), by and through counsel, pursuant to 28 U.S.C. §1446, hereby gives notice of removal of this action from the Circuit Court of Franklin County, Tennessee, to the United States District Court for the Eastern District of Tennessee, Winchester Division, and alleging as follows:

1. On May 11, 2018, the plaintiff filed suit in the Circuit Court for Franklin County, Tennessee, naming The Cincinnati Insurance Company as defendant. A copy of the suit filed by the plaintiff in the Circuit Court for Franklin County, Tennessee under Civil Action No. 2018-CV-118, is attached as Exhibit 1.

2. Cincinnati was served with a Summons and Complaint through the Department of Commerce and Insurance as provided by Tenn. Code Ann. § 56-2-504 or Tenn. Code Ann. § 56-2-506, on May 16, 2018.

3. No further proceedings have been filed in the Circuit Court of Franklin County, Tennessee.

4. The entire amount in controversy exceed, exclusive of interest and costs, the sum of Seventy-Five Thousand and No/100 Dollars ($75,000.00).

5. Diversity of citizenship exists between the plaintiff and Cincinnati.

6. This Court has original jurisdiction over the above-styled action, pursuant to the provisions of 28 U.S.C. § 1332(a) and (c), and because the defendant, Cincinnati, is not a citizen or resident of the State of Tennessee, and because the amount in controversy exceeds Seventy-Five Thousand and No/100 Dollars ($75,000.00) exclusive of interest and costs. Therefore, this removal is proper, pursuant to 28 U.S.C. § 1441(a).

**WHEREFORE**, The Cincinnati Insurance Company gives notice of removal of this action form the Circuit Court of Franklin County, Tennessee, to the United States District Court for the Eastern District of Tennessee, Winchester Division.

Respectfully submitted,

_s/ E. Jason Ferrell_
**PARKS T. CHASTAIN**
Registration No. 13744
DIRECT: (615) 630-7717
(615) 256-8787, Ext. 114
pchastain@bkblaw.com
**E. JASON FERRELL**
Registration No. 24425
DIRECT: (615) 630-7716
(615) 256-8787, Ext. 116
jferrell@bkblaw.com
**JED S. CRUMBO**
Registration No. 032051
(615) 630-7722
jcrumbo@bkblaw.com
Attorneys for Defendant, The Cincinnati Insurance Company

**BREWER, KRAUSE, BROOKS & CHASTAIN, PLLC**

545 Mainstream Drive, Suite 101
Nashville, TN  37228

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of June, 2018, a true and correct copy of the foregoing NOTICE OF REMOVAL OF A CIVIL ACTION BY DEFENDANT, THE CINCINNATI INSURANCE COMPANY was filed electronically.  Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U. S. Mail.  Parties may access this file through the court's electronic filing system.

Timothy S. Priest, Esquire
Swafford, Peters, Priest & Hall
120 N Jefferson Street
Winchester, TN 37398-1728

                                s/ E. Jason Ferrell
                                **E. JASON FERRELL**

EJF:dmt