# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# WINCHESTER DIVISION

| | |
|---|---|
| ANNETTE KEEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:18-cv-00037-PLR-SKL |
| | ) District Judge Pamela L. Reeves |
| | ) Magistrate Judge Susan K. Lee |
| THE CINCINNATI INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action hereby stipulate the Plaintiff's action against The Cincinnati Insurance Company is voluntarily DISMISSED WITH PREJUDICE. Each party shall bear its own attorney's fees, and discretionary costs. Any unpaid court costs shall be taxed to The Cincinnati Insurance Company.

Respectfully submitted,

  s/ E. Jason Ferrell
**PARKS T. CHASTAIN**
Registration No. 13744
DIRECT: (615) 630-7717
(615) 256-8787, Ext. 114
pchastain@bkblaw.com
**E. JASON FERRELL**
Registration No. 24425
DIRECT: (615) 630-7716
(615) 256-8787, Ext. 116
jferrell@bkblaw.com
Attorneys for Defendant, The Cincinnati Insurance Company

**BREWER, KRAUSE, BROOKS & CHASTAIN, PLLC**
545 Mainstream Drive, Suite 101
Nashville, TN 37228


  s/Timothy S. Priest    w/permission
**TIMOTHY S. PRIEST**
Registration No. 013922

Swafford, Peters, Priest & Hall
120 N Jefferson Street
Winchester, TN 37398-1728
(931-967-3888

### CERTIFICATE OF SERVICE

    I hereby certify that on this 25th day of March 2019, a true and correct copy of the foregoing STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. Mail. Parties may access this file through the court's electronic filing system.

Timothy S. Priest, Esquire
Swafford, Peters, Priest & Hall
120 N Jefferson Street
Winchester, TN 37398-1728

  s/ E. Jason Ferrell
**E. JASON FERRELL**

EJF:rkp